FEDERAL TELEPHONE AND TELEGRAPH COMPANY, Respondent, v. GUSTAV H. POPPENBERG, Appellant.— Judgment and order affirmed, with costs. All concur.

JOHNSON & MURRAY, INC., Respondent, v. ABE KOWALSKY, Appellant. — Judgment and order affirmed, with costs.   All concur.

WILLIAM C. CORNWELL, Appellant, v. THOMAS F. SANFORD, Respondent. —Judgment affirmed, with costs.   All concur.

LEILA M. ESTES, Appellant, v. EMMA ZITLOW, Otherwise Known as Mrs. MARK A. HOWELL, Respondent.— Judgment so far as appealed from affirmed, with costs.   All concur.

FEDDERS MANUFACTURING COMPANY, INC., Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs.   All concur.

In the Matter of the Petition of BENJAMIN CROWELL and Others, for the Drainage of Certain Swamp Lands in the Town of Barre.— Motion to amend order so as to allow costs of appeal to appellants unconditionally denied, with ten dollars costs.

HERBERT J. LANKTON, Appellant, v. HENRY F. LADE, Respondent, Impleaded, etc.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

GUY W. ELLIS, Respondent, v. C. F. GARFIELD REAL ESTATE COMPANY, Appellant.— Motion for extension of time for filing of briefs by appellant granted, upon condition that appellant be ready for argument at the opening of the January, 1921 term.

HARRY L. ALLEN, as Trustee, etc., Appellant, v. ALBERT LAKE, Respondent, and Thirty-nine Similar Actions Brought by the Same Plaintiff against Other Defendants.— In each case, motion for reargument denied.   Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs in one case.

VILLAGE OF PERRY, Respondent, v. PAVILION NATURAL GAS COMPANY, Appellant.   VILLAGE OF MOUNT MORRIS, Respondent, v. PAVILION NATURAL GAS COMPANY, Appellant.   VILLAGE OF WARSAW, Respondent, v. PAVILION NATURAL GAS COMPANY, Appellant.— In each case, stay vacated, and argument of appeal put over present term of court.

ALMEDA S. BEEBE, Respondent, v. RAYMOND W. BEEBE, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers and pay to respondent's attorneys ten dollars within ten days, and be ready to argue the appeal at the opening of the January, 1921, term.

COUNTY OF CAYUGA, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 15,590.)— Appeal dismissed, without costs, upon stipulation filed.

NELLIE B. CHANDLER, Respondent, v. CARRIE B. C. KRON and Others, Appellants.— Motion to dismiss appeal granted, unless appellants shall file and serve printed briefs within ten days.